**Michael Porter, P.C.**, OSB No. 003560
mike.porter@millernash.com
**Matthew A. Tripp**, OSB No. 154394
matthew.tripp@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204
Telephone:  503.224.5858
Facsimile:  503.224.0155

    Attorneys for Defendant
    Brandman University

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **DEMETRYE WILKINS**, | CV No. 3:17-cv-01099-JE |
| Plaintiff, | JOINT MOTION TO STAY CASE DEADLINES |
| v. | |
| **BRANDMAN UNIVERSITY**, | (UNOPPOSED) |
| Defendant. | |

### LR 7-1 CERTIFICATE

The parties have made a good faith effort to confer, and they agree to this joint motion.

### MOTION

The parties move the Court for an order staying all case deadlines pending the parties' attempt to resolve the action.

Page 1 -    Joint Motion to Stay Case Deadlines

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

4847-4941-4517.1

## **MEMORANDUM**

On September 27, 2018, the parties agreed to attempt to resolve this lawsuit with the assistance of a mediator or settlement judge and to ask the court to stay the case pending their attempts at resolution. The parties believe that staying the upcoming summary judgment deadline and all other existing case deadlines may facilitate those discussions. The parties suggest that they report to the court when a mediation has been scheduled and then contact the court post-mediation with an update on the status of the case. If the case has not been resolved at that point, the parties suggest resetting the case deadlines that are pending at the time of this motion. The parties request this indefinite suspension of the deadlines because defense counsel currently has a trial scheduled for November and a lengthy arbitration scheduled for December, among other matters, and because the parties also anticipate that their desired mediators and/or settlement judges may have limited availability for the next month or two.

This motion is made in good faith and not for purposes of delay.

## **CONCLUSION**

Based on the foregoing, the parties respectfully request that the Court grant this joint motion and stay the case deadlines.

DATED this 28th day of September, 2018.

| CREIGHTON & ROSE, P.C. | MILLER NASH GRAHAM & DUNN LLP |
|---|---|
| s/Beth Creighton<br>Beth Creighton, OSB No. 972440<br>beth@civilrightspdx.com<br>Laura Koistinen, OSB No. 175123<br>laura@civilrightspdx.com<br>65 S.W. Yamhill Street, Suite 300<br>Portland, Oregon 97204<br>Telephone: (503) 221-1792<br>Facsimile: (503) 223-1516<br><br>*Attorneys for Plaintiff*<br>*Demetrye Wilkins* | s/Matthew A. Tripp<br>Michael Porter, P.C., OSB No. 003560<br>mike.porter@millernash.com<br>Matthew A. Tripp, OSB No. 154394<br>matthew.tripp@millernash.com<br>3400 U.S. Bancorp Tower<br>111 S.W. Fifth Avenue<br>Portland, Oregon 97204<br>Telephone: (503) 224-5858<br>Facsimile: (503) 224-0155<br><br>*Attorneys for Defendant*<br>*Brandman University* |

Page 2 -   Joint Motion to Stay Case Deadlines

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

4847-4941-4517.1